Dear Clerk,

Lt. Bright and his entire second shift crew here on the JAMES V. ALLRED Unit are using inmates to beat me up.

The Law Library will not lay me in or give me any type of grievance form.

I have sustained several injuries broken fingers, back, feet, and tooth in the last 2 months. Medical will not lay me in and I have asked several times for any help I can get. I believe they are throwing my mail in the trash. They have also stolen most of my property.

Brian Bradley
12/31/2021

FILED
January 06, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

Brian D. Bradley #1736807
JAMES V. ALLRED Unit
2101 F.M. 369 N.
Iowa Park, TX. 76367

Legal

Clerk U.S. District Court
Western District of Texas
United States Courthouse
800 Franklin Ave. Rm. 350
Waco, TX. 76701

76701-206799